UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CV-366-F

| | | |
|---|---|---|
| SHARRON MARIE GLOVER-ARMSTEAD, JR., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| DURHAM POLICE DEPARTMENT, DURHAM COUNTY SHERIFF'S DEPARTMENT, | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court for consideration of United States Magistrate Judge James E. Gates's Memorandum and Recommendation ("M&R") [DE-3] filed on March 3, 2013. Any objections to the Magistrate Judge's M&R were due within fourteen (14) days of receipt, pursuant to 28 U.S.C. § 636(b)(1), Fed.R.Civ.P. 72(b)(2), and Local Civil Rule 72.4(b), EDNC. The docket indicates that the M&R was filed and mailed to the plaintiff on April 4, 2013 and April 23, 2013. The mail was returned undeliverable after each mailing, and no objections have been filed to date.

After an independent and thorough review of the Magistrate Judge's M&R and a *de novo* review of the record, the court concludes that the M&R is correct and in accordance with the law. Accordingly, the court hereby **ADOPTS** the Magistrate Judge's M&R [DE-3].

This case is **DISMISSED** as frivolous. The Clerk of Court is **DIRECTED** to close this case and remove it from the undersigned's docket.

SO ORDERED.

This the 11th day of December, 2013.

                                            *James C. Fox*
                                            JAMES C. FOX
                                            Senior United States District Judge