UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHARRON MARIE GLOVER-ARMSTEAD, JR., )<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>STATE OF NC DURHAM PD/SHERIFF )<br>DEPT., )<br>Defendant. ) | **JUDGMENT**<br><br>No. 5:12-CV-366-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the court concludes that the M&R is correct and in accordance with the law. Accordingly, the court hereby ADOPTS the Magistrate Judge's M&R. This case is DISMISSED as frivolous. The Clerk of Court is DIRECTED to close this case and remove it from the docket.

**This Judgment Filed and Entered on December 11, 2013, and Copies To:**

Sharron Marie Glover-Armstead, Jr., (P.O. Box 51661, Durham, NC 27717 and 107 West Cornwallis Road, Durham, NC 27707)

| | |
|---|---|
| DATE<br>December 11, 2013 | JULIE A. RICHARDS, CLERK<br>/s/ Susan K. Edwards<br>(By) Susan K. Edwards, Deputy Clerk |